FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2009 FEB 26 PM 2:16
GREGORY C. LANGHAM
CLERK
BY ____________ DEP. CLK

**In the United States District Court**
**for the District of Colorado**

Original

John Kenneth
'09 - CV - 00413 WYD-BNB

v.

Jacques A. Machol, Jr.

**Libel of Review**
- common law counterclaim in admiralty -
- notice lis pendens and -
- verified statement of right -

Re: God-given unalienable rights in the original estate - Article III; Constitution

**Comes now** John Kenneth of the Ivie family making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E(8). Jacques A. Machol, Jr. has been making false claims and this counterclaim and notice lis pendens are now in the "original exclusive cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

**Jurisdiction**: In international law and according to the law of the land, agents of a foreign principal are required to file any pretended claim in the appropriate district court prior to exercising rights to that claim. The district courts have "exclusive original cognizance" of all inland seizures and this includes vessels in rem (Rule C(3)) such as trust organizations and legal names (John K. Ivie, JOHN KENNETH IVIE, Jacques A. Machol, Jr., Henry Paulson, John Snow etc.)

"...the United States, ... within their respective districts, as well as upon the high seas; (a) saving to suitors, in all cases, the right of a common law remedy, where the common law is competent to give it; and shall also have exclusive original cognizance of all seizures on land,..." *The First Judiciary Act*; September 24, 1789; Chapter 20, page 77. *The Constitution of the United States of America*, Revised and Annotated - Analysis and Interpretation - 1982; Article III, §2, Cl. 1 *Diversity of Citizenship*, U.S. Government Printing Office document 99-16, p. 741.

This fact of protocol - filing a claim in district court according to international law - is beyond dispute and extends into antiquity: "Meanwhile those who seized wreck ashore without a grant from the Crown did so at their peril." *Select Pleas in the Court of Admiralty*, Volume II, A.D. 1547-1602; Introduction - Prohibitions, *Note as to the early Law of Wreck*, Selden Society, p. xl, 1897. Even the IRS recognizes the protocol:

"**Place for filing notice; form.** Place for filing. The notice referred to in subsection (a) shall be filed -- with the clerk of the district court. In the office of the clerk of the United States district court for the judicial district in which the property subject to the lien is situated..." Title 26 U.S.C. §6323.

Jacques A. Machol, Jr., acting as "City METRO officer – Esquire #8382" *city* of Washington, *District* of Columbia is agent of a foreign principal, a "foreign state" defined at Title 28 of the United States Codes §1603, and Title 22 U.S.C. §611 the **Division of enforcement** for the **Department of revenue** (for example C.R.S. §24-1-117 [Colorado]) under principal State Governor in convention with METRO organization a.k.a. *Public Administrative Services Headquarters* (PASHQ - signed for example by Edwin C. Johnson by John T. Bartlett; *The Public Papers and Addresses of Franklin D. Roosevelt, The Year of Crisis 1933* Random House p. 21.) The *Department of Revenue* of course being the execution of bankruptcy proceedings against the citizens of the United States since 1933 currently formed "International Monetary Fund" and "World Bank" etc. - the State, City METRO municipal and police powers under United Nations charter law - protected by the same alleged positive law jural society (international treaty) exemptions home rule (of for example, Article VI and Article XX of the *State of Colorado* Constitution, "**Transfer of government.**")

The district court for the District of Colorado has acquired exclusive original cognizance of this counterclaim for the United States because this is a federal question - a Constitutional matter involving a man on the land complaining about theft and kidnap - Title 18 U.S.C. §§ 661 and 1201 respectively and irregular extradition from the asylum state into the United States custody, treason - Constitution, Article III §3 and Title 18 U.S.C. §2381 by an agent of a foreign principal, creating diversity of citizenship - Title 28 U.S.C. §§1331 and 1333 respectively. The presentments (notification) are arbitrary and capricious clearly implying that if John Kenneth fails to comply with the suggested terms there will be "law enforcement" actions by way of inland seizure. Speaking historically, the districts, formed in 1790 for handling the financial obligations of the United States could not come into existence until after formal expression of remedy in the 'saving to suitors' clause (1789) quoted above and codified at Title 28 U.S.C. §1333. The law is paraphrased in the Internal Revenue Codes:

"Form. The form and content of the notice referred to in subsection (a) shall be prescribed by the Secretary. Such notice **shall be valid notwithstanding any other provision of law** regarding the form or content of a notice of lien." Title 26 U.S.C. §6323(F)(3). *emphasis added*

The only excuse for the discretionary authority granted administrative agencies is the judicial oversight demonstrated in this invocation of an Article III court.

**Law of the flag**: Man is created in the image of God and to reduce a man to chattel against the national debt is an affront to God. Exodus 13:16 and Genesis 1:27.

**Cause of action**

Jacques A. Machol, Jr. has been pestering John Kenneth with presentments designed to coerce information about John Kenneth called Interrogatories. An example of the harassing papers is attached and refused for cause. This presumption is erroneous and based upon endorsements of private credit from the Federal Reserve that have never been made in good faith. The subjection to Special Drawing Rights (Paper Gold) is one thing but presuming endorsement of fractional lending practiced outside the scope of lawful money is unlawful and such presumption is defeated by law herein, *nunc pro tunc*. See Title 12 U.S.C. §411; John Kenneth is and always would have exercised right to handle lawful money had the option ever been presented in good faith. The subject presentment utilized for the claim was regular enough but John Kenneth wishes to invoke judicial review "any other provision of law" and nullify any justification for any further such theft action - manifest in actual or threatened kidnap. The presentment(s) upon which the theft is based has been refused for cause timely (considering preparation of proper remedy) and the red ink original refusal for cause has been returned to Jacques A. Machol, Jr. in his copy of the counterclaim and summons. All other copies and the original counterclaim filed with the court have black ink (copy) refusals for cause on the presentment(s).

**Verified statement of right**

John Kenneth owns his house, and all property and land free and clear in allodium.

**Stipulation of acceptable answer**

The issue is simple. Agents of a foreign principal are required to file their complaint in the appropriate district court prior to exercising any claim against a man on the land. This is international and common law. Jacques A. Machol, Jr. must directly address the validity of the (telephone) certificate of search that clearly shows there have been no claims filed against "John Kenneth" or any pseudonym through which John Kenneth may be engaged in contract. The court clerk James R. Manspeaker (District of Colorado now replaced by Gregory Langham) obfuscated remedy by denying proper certificates so Jacques A. Machol, Jr. and anyone else for that matter can easily research case history against John Kenneth or any legal name. Jacques A. Machol, Jr. may call (303) 844-3433 to conduct searches and of course the Article III judge can research cases in chambers. It is however reasonable to say that if the Jacques A. Machol, Jr. is moving on a valid claim and judgment in the district court then the Jacques A. Machol, Jr. knows what case that is.

The United States is not a party in interest to this action. Any registered attorney responding for Jacques A. Machol, Jr. cannot be a citizen of the United States due to the *de jure* Thirteenth Amendment of the Constitution. A certified copy is attached and fully incorporated into this counterclaim. (The federal judge assigned this case is competent to adjudicate under Article III due to "inactive" status with the State Supreme Court attorney register.) Addressing the certificate of search is the only response that will be considered an answer to this counterclaim. Failure to answer will be met with default judgment for John Kenneth according to the notice on the face of the summons.

**Stipulation of remedy**

The recourse sought is immediate exclusive original cognizance of the United States through the district court. This case is repository for evidence for injunctive relief from any future presentments and theft or kidnap actions from *any* foreign agents or principals. John Kenneth's wife, First Maiden may use this evidence repository for any future refusals for cause as well. Though the theft/kidnap could be justified by notice and sophistry under the color of law of municipal structure, the proceedings have obviously been under the pretended authority of unconscionable contract and the recourse requested is proper. There is no excuse for the arbitrary and capricious attorney actions - **debt action in assumpsit** - that have confronted good men and women since the Banker's Holiday. Roosevelt implemented a "voluntary compliance" national debt (upon the States by Governor's Convention) but utilized the 1917 *Trading with the Enemy Act* to compel citizens of the United States to comply. The substitution of *citizen of the United States* for the German nationals on this land was against *Stoehr v. Wallace*, 255 U.S. 239 (1921) where the Court clearly expresses "The Trading with the Enemy Act, originally and as amended, is strictly a war measure..." - directly citing the Constitution Article I, §8, clause 11. The war on the Great Depression 1) does not count and 2) would only last the duration of the emergency if it did. Presentments will be treated as described by the following example of clerk instruction:

**John Kenneth**
**4746 Monica Drive**
**Colorado Springs, Colorado.**
**[80916]**

United States District Court
for the District of Colorado
901 19th Street - A105
Denver, Colorado.
[80294]

Registered mail # RA XXX XXX XXX US

Dear clerk;

Please file this refusal for cause in the case jacket of Article III case 09-XXXX. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

**Certificate of Mailing**

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

_______*example*_______________________
John Kenneth

Registered mail # RA XXX XXX XXX US

Presenter's name
Address
Anywhere, State.
[presenter's code]

Jacques A. Machol, Jr. and all principals and agents are hereby properly notified. There is no governmental immunity to cover "law enforcement officers" who choose to interfere with our rights to the land and violators will be arrested by the U.S. Marshal according to Rule C of the *Supplemental Rules for Certain Admiralty and Maritime Claims*. Jacques A. Machol, Jr. and all principals and agents are left with their remedy:

**COURTS OF THE UNITED STATES** ... 136. When a seizure has been voluntarily abandoned, it loses its validity, and no jurisdiction attaches to any court, unless there be a new seizure. 10 Wheat. 325; 1 Mason, 361. *First Judiciary Act*, September 24, 1789. *Bouvier's Law Dictionary* 1856.

Upon offense by hostile presentment after the inevitable default by Jacques A. Machol, Jr. (including all agents, principals and any and all offensive presentments), after fair notice by refusal for cause like the above clerk instruction a certificate of exigent circumstances will be issued pursuant to Rule C(3)(a)(ii)(B) *Arrest Warrant* and the clerk will immediately issue an arrest warrant for Jacques A. Machol, Jr. or named agent or principal to be taken into custody for the violations of law. Presentments of any kind from Jacques A. Machol, Jr. or any agent acting for the bankruptcy of the United States through the District may be considered hostile threat of seizure.

**Stipulation regarding character and residential address**

The use of a residential address is by right. All 'privileges' associated with postal delivery are compensated, usually prepaid in honestly won U.S. currency. John Kenneth is not Pro Se and is not representing himself. The clerk shall not change the name of this suit on the docket from the name on the filing fee receipt. John Kenneth retains the unalienable right to hold the district court clerk to the

obligations to perform of file clerk for the United States working in the United States Courthouse. This includes the expectation that if and when this cause reaches default judgment against the Jacques A. Machol, Jr., the default judgment will be filed in full cognizance of the United States and will appear on the docket as "Default judgment for the plaintiff." John Kenneth is authorized by fidelity bond to file default judgment in lieu of district court action. Any such judgment will stand on the truth for validity. Any character assassination will activate Instrumentality Rule and pierce the corporate veil of the United States and all agencies. Usage of residential address is non-assumpsit and changes John Kenneth's character not in the least:

> The privilege against self-incrimination is neither accorded to the passive resistant, nor the person who is ignorant of his rights, nor to one indifferent thereto. It is a fighting clause. Its benefits can be retained only by sustained combat. **It cannot be claimed by attorney or solicitor.** It is valid only when insisted upon by a belligerent claimant in person. Quote from federal judge Lee in *United States v. Johnson et al.* No. 11400, Middle District of Pennsylvania, 76 R. Supp. 538; 1947 U.S. Dist. LEXIS 3057, February 26, 1947. *emphasis added*

The highlighted bold sentence in the above quote admonishes against any clerk action that falsely brands John Kenneth Pro Se - to imply that John Kenneth is representing himself before the district court. John Kenneth is responsible asylum state visiting his judiciary under Rule E(8). If an Article I (active attorney) "judge" is assigned this case or the Article III judge chooses to protect the fiduciary interests of the Bank and Fund, to act as an attorney under Article I, maintain silence. The cash filing fee is fully paid in public money and not in private credit (US notes in the form of Federal Reserve notes). The funds were redeemed lawful money according to the US Supreme Court's interpretation of the Congress' definition from **US v Rickman; 638 F.2d 182**

*In the exercise of that power Congress has declared that Federal Reserve Notes are legal tender and* *<u>are redeemable</u>* *in lawful money.* And, **US v Ware; 608 F.2d 400**

*<u>United States notes shall be lawful money</u>, and a legal tender in payment of all debts, public and private, within the United States, except for duties on imports and interest on the public debt.*

Any presumptions made about the funds for this filing fee are that John Kenneth has already exercised entitlement to redeem any Federal Reserve Bank notes tendered as legal tender for all debts public and private. Furthermore any and all funds discussed have been in redemption of Federal Reserve Bank notes, not endorsement thereof:

"BANKRUPTCY. The state or condition of a bankrupt.

2. Bankrupt laws are an encroachment upon the common law. The first in England was ..." *Bouvier's Law Dictionary* 1856.

All testimony will be without immunity - **piercing the corporate veil and Instrumentality Rule**. John Kenneth is a man with God-given unalienable rights, one living and regenerate entity of sound mind and body. For some realistic perspective the Credit River Money Decision is attached and fully incorporated into this counterclaim. Jacques A. Machol, Jr. is clearly the debtor and John Kenneth is clearly creditor.

**No magistrates**

No one may handle this case but an Article III judge. The nature of this cause is injunctive relief, albeit preemptive. Title 28 U.S.C. §636(b)(1)(A) cannot ensue, "...except a motion for injunctive relief..."

attachments fully incorporated:

1) Certificate of search on "John Kenneth" from clerk of the district court is exempted due to falsifications by district court clerk James R. Manspeaker on such certificates. Jacques A. Machol, Jr. is provided with information to check for case histories
2) presentment from Jacques A. Machol, Jr. on or around 1/15/09 refused for cause. The red ink original refusal is in the counterclaim served upon Jacques A. Machol, Jr.. The original counterclaim filed in the district court has a copy
3) A certified copy of Title 12 U.S.C. §411 published at El Paso County Clerk and Recorder Reception #207015932
4) certified copy of the *de jure* Thirteenth Amendment to the Constitution published at El Paso County Clerk and Recorder Reception #95110459
5) certified copy of the Credit River Money Decision published at the El Paso County Clerk and Recorder Reception #203290555
6) if possible a copy of the Withdrawal Slip or Signature Card associated with the US court filing fee has been attached.

4746 Monica Drive
Colorado Springs, Colorado. [80916]

**Addresses**

United States District Court
for the District of Colorado
901 19th Street - A105
Denver, Colorado.
[80294]

(303) 844-3433

John Kenneth
4746 Monica Drive
Colorado Springs, Colorado.
[80916]

(719) 390-4700

Jacques A. Machol, Jr.
600 17th Street Ste. 800N
Denver, Colorado.
[80202-9825]

(303) 830-0075

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
ATTORNEYS AT LAW

DOMINION TOWERS
EIGHTH FLOOR - NORTH TOWER
600 SEVENTEENTH STREET
DENVER, COLORADO 80202

TELEPHONE (303) 830-0075
TOLL FREE (866) 729-3328
LOCAL FACSIMILE (303) 830-0047
TOLL FREE FACSIMILE (866) 863-8708

January 15, 2009

John K Ivie
John K Ivie Sr
4746 Monica Dr
Colorado Springs CO 80916

Re: CHASE MANHATTAN BANK USA
vs. JOHN K. IVIE
EL PASO COUNTY COURT
Case No. 06C2600
**Our File No.: 27010013**

John K Ivie

On December 3, 2008, Interrogatories were delivered to you via Priority Mail. The confirmation number for your receipt of the Interrogatories is 0308 2690 0000 4656 2920.

Pursuant to Rule 369(g), the Interrogatories were approved by the Court as part of the Judgment Order.

We have not received your response to these Interrogatories as of yet. Please fully answer the Interrogatories and return in the prepaid envelope enclosed within 10 days of the receipt of this Notice.

**Failure to respond fully, accurately and timely to these interrogatories could result in a citation for contempt of court.**

Very truly yours,

Linebarger Goggan Blair & Sampson, LLP

Jacques A. Machol, Jr.
For the firm

**This firm is a debt collector. We are attempting to collect a debt and any information obtained will be used for that purpose.**
For information about the Colorado Fair Debt Collection Practices Act, See HTTP://WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM

Refusal for cause

| COUNTY COURT, EL PASO COUNTY, COLORADO<br>Court Address: PO BOX 2980 - 270 S. Tejon, Colorado Springs CO 80901<br>Phone Number: 719/448-7700<br><br>**Plaintiff:** CHASE MANHATTAN BANK USA<br><br>**Defendant(s):** JOHN K. IVIE | ▲ COURT USE ONLY ▲ |
|---|---|
| **Attorney for Plaintiff**<br>Jacques A. Machol, III, Atty. Reg. #: 8382<br>Linebarger, Goggan, Blair & Sampson, LLP<br>600 Seventeenth Street, Suite 800 North<br>Denver, Colorado 80202<br>(303) 830-0075 Fax (303) 830-0047 | **Case No. 06C2600**<br>**Div.:**<br>**Ctrm:** |

**PATTERN INTERROGATORIES UNDER C.R.C.P. 369(g) - INDIVIDUAL**

The following Pattern Interrogatories are propounded to John K Ivie pursuant to C.R.C.P. 369(g).

**Answer all of the questions and each and every part thereof fully and completely. Your answers must be filed with the Court and a copy mailed to the sender no later than 10 days after you receive them. Use a separate sheet of paper, if necessary. Do not use Post Office boxes for any address provided in your answers, unless you request and receive permission from the Court.**

**1. State your home address, business address, home phone, business phone, and date of birth:**

Home Address:________________
Business Address:________________
Home Phone:__________ Business Phone:__________
Date of Birth:__________

**2. If you are employed, state the name, address, and phone number of your employer(s). If more than one employer show additional employers on a separate sheet of paper.**

Name of Employer:__________ Phone Number:__________
Address:________________

**3. If you have any income from any source other than your employer (for example, rental income, commissions, stock dividends, interest), state the name, address, phone number, amount of income, and dates of payment of the person or business paying you the income.**

Name of Payor:__________ Phone Number:__________
Address:________________
Amount of Payments:__________ Dates of Payments:__________

Name of Payor:__________ Phone Number:__________
Address:________________
Amount of Payments:__________ Dates of Payments:__________

**4. If you are not employed or have other sources of income, state all sources of money you use to pay your living expenses, including the name, address, telephone number, and amounts. Show additional sources on a separate sheet of paper, if necessary:**

Name of Payor:________________ Phone Number:________
Address:________________
Amount of Payments:________ Dates of Payments:________

Name of Payor:________________ Phone Number:________
Address:________________
Amount of Payments:________ Dates of Payments:________

**5. State whether or not you own or rent the home you live in, including the amount of rent or house payments you make:**

❑ Rent________(monthly rent payment)
❑ Own________(monthly house payment)

Name(s) of Owner(s):________________

**6. State the name, address, account number and type of account for every financial institution (bank, savings and loan, credit union, brokerage house) where you have an account or where you have signature authority on the account. Provide additional information on a separate sheet of paper, if necessary:**

Name:________________
Address:________________
Type of Account:________ Account Number (last 4 digits):________

Name:________________
Address:________________
Type of Account:________ Account Number (last 4 digits):________

Name:________________
Address:________________
Type of Account:________ Account Number (last 4 digits):________

**7. If you own or owned during the last four years, or regularly use automobiles, motorcycles, trucks, RV's, ATV's Jet Skis, boats, or trailers, list the make, model, year, VIN, date of purchase, purchase price, name of owner if only used by you. If you no longer own the vehicle, identify date of sale, sale price, and name and address of purchaser. Provide additional information on a separate sheet of paper, if necessary.**

Make:________ Model:________ Year:____ VIN:________
Purchase Date:________ Price:________
Sale Date:________ Price:________
Address of Purchaser:________________
Owner if not you:________________

Make:________ Model:________ Year:____ VIN:________

Purchase Date:_______________Price:_______________
Sale Date:___________________Price:_______________
Address of Purchaser:_______________________________________________
Owner if not you:__________________________________________

**8. If you own or owned during the last four years, or use any firearms, list the make, model, serial number, date of purchase, purchase price. If you no longer own the firearm, identify date of sale, sale price, and name and address of purchaser. Provide additional information on a separate sheet of paper, if necessary.**

Make:_______________Model:_______________Year:______VIN:_______________
Purchase Date:_______________Price:_______________
Sale Date:___________________Price:_______________
Address of Purchaser:_______________________________________________
Owner if not you:__________________________________________

Make:_______________Model:_______________Year:______VIN:_______________
Purchase Date:_______________Price:_______________
Sale Date:___________________Price:_______________
Address of Purchaser:_______________________________________________
Owner if not you:__________________________________________

**9. If you own or owned during the last four years, or regularly use any personal property NOT DESCRIBED ABOVE for which the purchase price was $500.00 or more, describe each item make model, date of purchase, purchase price, name of owner if only used by you. If you no longer own the item, identify the date of sale, sale price, and name and address of purchaser. Provide additional information on a separate sheet of paper, if necessary.**

Make:_______________Model:_______________Year:______VIN:_______________
Purchase Date:_______________Price:_______________
Sale Date:___________________Price:_______________
Address of Purchaser:_______________________________________________
Owner if not you:__________________________________________

Make:_______________Model:_______________Year:______VIN:_______________
Purchase Date:_______________Price:_______________
Sale Date:___________________Price:_______________
Address of Purchaser:_______________________________________________
Owner if not you:__________________________________________

Make:_______________Model:_______________Year:______VIN:_______________
Purchase Date:_______________Price:_______________
Sale Date:___________________Price:_______________
Address of Purchaser:_______________________________________________
Owner if not you:__________________________________________

**10. State the name, address and telephone number of your spouse, if you are married and if not, a close relative not living with you, indicating their relationship to you.**

Name:______________________________ Relationship:____________________

Address:______________________________________________________________

Phone Number:____________________

**11. Produce and attach to your answers, copies of the following documents for the last four years:**

a. Your federal and state tax returns with all attachments.
b. The deed to or the lease for your home.
c. Your driver's license.
d. Your last pay stub from your employer(s).
e. Your last bank statement(s).

**12. If you wish to propose an arrangement to pay the judgment, state the proposed terms:**

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

| **If you are self-employed, you must also answer the following questions.** |
|---|

**13. What is the name, address and phone number of the business?**

Name:______________________________ Phone Number:____________________

Address:______________________________________________________________

**14. What does your business do?**__________________________________________

**15. On a separate sheet of paper, list the name, address and phone number of each business customer during the past three months, including the amount and reason for any money owed, if any.**

**16. State the name, address, account number and type of account for every financial institution (bank, savings and loan, credit union, brokerage house) where you have an account or where you have signature authority on the account. Provide additional information on a separate sheet of paper, if necessary:**

Name:______________________________

Address:______________________________________________________________

Type of Account:____________________ Account Number (last 4 digits):__________

Name:______________________________

Address:______________________________________________________________

Type of Account:____________________ Account Number (last 4 digits):__________

**17. If the business owns or owned during the last four years, or regularly uses, any personal property for which it paid $500.00 or more, describe each item by make, model, date of purchase, purchase price, name of owner if only used by you. If the business no longer owns the item,**

**identify the date of sale, sale price, and name and address of purchaser. Provide additional information on a separate sheet of paper, if necessary.**

Make:____________Model:____________Purchase Date:___________Price:___________
Sale Date:_________________Price:_______________Purchaser:____________________
Address of Purchaser:______________________________________________________
Owner if not you:______________________________________________

Make:____________Model:____________Purchase Date:___________Price:___________
Sale Date:_________________Price:_______________Purchaser:____________________
Address of Purchaser:______________________________________________________
Owner if not you:______________________________________________

Make:____________Model:____________Purchase Date:___________Price:___________
Sale Date:_________________Price:_______________Purchaser:____________________
Address of Purchaser:______________________________________________________
Owner if not you:______________________________________________

**18. Produce and attach to your answers copies of the following documents for the business:**

a. All bank records for the past three months.
b. All payroll records for the past three months.
c. Current list of all accounts receivable.
d. Profit and Loss Statements for the current and prior year.
e. Current asset list, including the inventory.

Refused for cause

**Failure to respond fully, accurately and timely to these interrogatories could result in a citation for contempt of court.**

I do hereby affirm under penalty of perjury that I have read each of the above questions and answered them fully and truthfully.

Dated:_____________________ ____________________________
Judgment Debtor

Subscribed and affirmed, or sworn to before me in the County of __________________, State of ___________________, this ______ day of __________________, 20___.

My Commission Expires:________________ ____________________________
Notary Public/Deputy Clerk

ROBERT C. "BOB" BALINK El Paso County, CO
02/05/2007 10:50:49 AM
Doc $0.00 Page
Rec $6.00 1 of 1 207015932

ABOLITION OF HOME OWNERS' LOAN CORPORATION

For dissolution and abolishment of Home Owners' Loan Corporation, referred to in this section, by act June 30, 1953, ch. 170, § 21, 67 Stat. 126, see note set out under section 1463 of this title.

**§ 395. Federal reserve banks as depositaries, custodians and fiscal agents for Commodity Credit Corporation**

The Federal Reserve banks are authorized to act as depositaries, custodians, and fiscal agents for the Commodity Credit Corporation.

(July 16, 1943, ch. 241, § 3, 57 Stat. 566.)

TRANSFER OF FUNCTIONS

Administration of program of Commodity Credit Corporation transferred to Secretary of Agriculture by Reorg. Plan No. 3 of 1946, § 501, eff. July 16, 1946, 11 F.R. 7877, 60 Stat. 1100. See Appendix to Title 5, Government Organization and Employees.

EXCEPTIONS FROM TRANSFER OF FUNCTIONS

Functions of Corporations of Department of Agriculture, boards of directors and officers of such corporations, Advisory Board of Commodity Credit Corporation, and Farm Credit Administration or any agency, officer or entity of, under, or subject to supervision of Administration were excepted from functions of officers, agencies, and employees transferred to Secretary of Agriculture by Reorg. Plan No. 2 of 1953, § 1, eff. June 4, 1953, 18 F.R. 3219, 67 Stat. 633, set out in the Appendix to Title 5, Government Organization and Employees.

## SUBCHAPTER XII—FEDERAL RESERVE NOTES

**§ 411. Issuance to reserve banks; nature of obligation; redemption**

Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.

(Dec. 23, 1913, ch. 6, § 16 (par.), 38 Stat. 265; Jan. 30, 1934, ch. 6, § 2(b)(1), 48 Stat. 337; Aug. 23, 1935, ch. 614, title II, § 203(a), 49 Stat. 704.)

REFERENCES IN TEXT

Phrase "hereinafter set forth" is from section 16 of the Federal Reserve Act, act Dec. 23, 1913. Reference probably means as set forth in sections 17 et seq. of the Federal Reserve Act. For classification of these sections to the Code, see Tables.

CODIFICATION

Section is comprised of first par. of section 16 of act Dec. 23, 1913. Pars. 2 to 4, 5, and 6, 7, 8 to 11, 13 and 14 of section 16, and pars. 15 to 18 of section 16 as added June 21, 1917, ch. 32, § 8, 40 Stat. 238, are classified to sections 412 to 414, 415, 416, 418 to 421, 360, 248-1, and 467, respectively, of this title.

Par. 12 of section 16, formerly classified to section 422 of this title, was repealed by act June 26, 1934, ch. 756, § 1, 48 Stat. 1225.

AMENDMENTS

1934—Act Jan. 30, 1934, struck out from last sentence provision permitting redemption in gold.

CHANGE OF NAME

Section 203(a) of act Aug. 23, 1935, changed name of Federal Reserve Board to Board of Governors of the Federal Reserve System.

CROSS REFERENCES

Gold coinage discontinued, see section 5112 of Title 31, Money and Finance.

SECTION REFERRED TO IN OTHER SECTIONS

This section is referred to in sections 348, 420, 421, 467 of this title.

**§ 412. Application for notes; collateral required**

Any Federal Reserve bank may make application to the local Federal Reserve agent for such amount of the Federal Reserve notes hereinbefore provided for as it may require. Such application shall be accompanied with a tender to the local Federal Reserve agent of collateral in amount equal to the sum of the Federal Reserve notes thus applied for and issued pursuant to such application. The collateral security thus offered shall be notes, drafts, bills of exchange, or acceptances acquired under the provisions of sections 342 to 347, 347c, 347d, and 372 of this title, or bills of exchange endorsed by a member bank of any Federal Reserve district and purchased under the provisions of sections 348a and 353 to 359 of this title, or bankers' acceptances purchased under the provisions of said sections 348a and 353 to 359 of this title, or gold certificates, or Special Drawing Right certificates, or any obligations which are direct obligations of, or are fully guaranteed as to principal and interest by, the United States or any agency thereof, or assets that Federal Reserve banks may purchase or hold under sections 348a and 353 to 359 of this title. In no event shall such collateral security be less than the amount of Federal Reserve notes applied for. The Federal Reserve agent shall each day notify the Board of Governors of the Federal Reserve System of all issues and withdrawals of Federal Reserve notes to and by the Federal Reserve bank to which he is accredited. The said Board of Governors of the Federal Reserve System may at any time call upon a Federal Reserve bank for additional security to protect the Federal Reserve notes issued to it. Collateral shall not be required for Federal Reserve notes which are held in the vaults of Federal Reserve banks.

(Dec. 23, 1913, ch. 6, § 16 (par.), 38 Stat. 265; Sept. 7, 1916, ch. 461, 39 Stat. 754; June 21, 1917, ch. 32, § 7, 40 Stat. 236; Feb. 27, 1932, ch. 58, § 3, 47 Stat. 57; Feb. 3, 1933, ch. 34, 47 Stat. 794; Jan. 30, 1934, ch. 6, § 2(b)(2), 48 Stat. 338; Mar. 6, 1934, ch. 47, 48 Stat. 398; Aug. 23, 1935, ch. 614, title II, § 203(a), 49 Stat. 704; Mar. 1, 1937, ch. 20, 50 Stat. 23; June 30, 1939, ch. 256, 53 Stat. 991; June 30, 1941, ch. 264, 55 Stat. 395; May 25, 1943, ch. 102, 57 Stat. 85; June 12, 1945,

095110459 95 OCT 13 PM 4:17
ARDIS ... EL PASO COUNTY CLERK & RECORDER
BOOK 6744 PAGE 969

TERRITORY 1861 STATE 1876

DEPARTMENT OF PERSONNEL

DIVISION OF

# STATE ARCHIVES AND PUBLIC RECORDS

*I Hereby Certify that the annexed copy (or each of the annexed copies) is a true copy of a record in the legal custody of the State Archivist of Colorado, and is filed among the records of*

COLORADO TERRITORY LEGISLATIVE ASSEMBLY, TERRITORY OF COLORADO
deposited therein

GENERAL LAWS, JOINT RESOLUTIONS, MEMORIALS, AND PRIVATE ACTS, PASSED AT THE FIRST SESSION OF THE LEGISLATIVE ASSEMBLY, DENVER, COLORADO TERRITORY, SEPTEMBER 9, 1861.

TITLE PAGE, PAGES 20, 21, 2 [SIC], AND 35.
TOTAL 5 PAGES.

STATE ARCHIVIST OF COLORADO

OCTOBER 4, 1995
DATE

Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and Correct
Copy of record in my Office.
095110459 Book 6744 Page 969
Date 12-19-08
Robert C. Balink
County Clerk & Recorder
El Paso County, Colorado
By ... Deputy



BOOK 6744 PAGE 970

GENERAL LAWS, JOINT RESOLUTIONS, MEMORIALS

AND PRIVATE ACTS,

PASSED AT THE FIRST SESSION

OF THE

# LEGISLATIVE ASSEMBLY

OF THE

## TERRITORY OF COLORADO,

BEGUN AND HELD AT

DENVER, COLORADO TER., SEPT. 9th, 1861.

TOGETHER WITH

THE DECLARATION OF INDEPENDENCE,

THE CONSTITUTION OF THE UNITED STATES,

AND THE

ORGANIC ACT OF THE TERRITORY.

PUBLISHED BY AUTHORITY.

DENVER:
THOS. GIBSON, COLORADO REPUBLICAN AND HERALD OFFICE.
1861.

BRARY
COURT
AL DISTRICT



**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**OFFICE OF THE CLERK**

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document. Next 4 pages.

Clerks Office
United States District Court



BOOK 6744 PAGE 971

LAW LIBRARY
DISTRICT COURT
SECOND JUDICIAL DISTRICT

AMENDMENTS TO THE CONSTITUTION.

ARTICLE I.

The free exercise of religion, freedom of speech, of the press, of the right to peaceably assemble and to petition, guaranteed to the people.

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble and petition the government for a redress of grievances.

ARTICLE II.

Right to bear arms.

A well regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be infringed.

ARTICLE III.

Of quartering soldiers in time of peace.

No soldier shall, in time of peace, be quartered in any house without the consent of the owner; nor in time of war, but in a manner to be prescribed by law.

ARTICLE IV.

No search warrant to issue except on oath.

The right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures, shall not be violated, and no warrant shall issue but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

ARTICLE V.

Capital and infamous crimes—proceedings.

No person shall be held to answer for a capital or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service, in time of war or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled, in any criminal case, to be a witness against himself; nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use without just compensation.

ARTICLE VI.

Right of the accused in criminal cases.

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial

AMENDMENTS

jury of the State and district wl[...] have been committed, which d[...] previously ascertained by law, a[...] the nature and cause of the [...] fronted with the witnesses agai[...] pulsory process for obtaining [...] and to have the assistance of c[...]

ARTICLE V[...]

In suits at common law, whe[...] versy, shall exceed twenty dolla[...] jury shall be preserved; and n[...] shall be otherwise re-examined[...] United States, than according t[...] mon law.

ARTICLE V[...]

Excessive bail shall not be r[...] fines imposed, nor cruel and un[...] flicted.

ARTICLE [...]

The enumeration in the constit[...] shall not be construed to deny [...] tained by the people.

ARTICLE [...]

The powers not delegated to [...] the constitution, nor prohibited [...] are reserved to the States respec[...]

ARTICLE [...]

The judicial [...] the Un[...] construed to [...] menced or [...] by citizens of [...] of any foreign [...]

ARTICLE X[...]

1. The electors shall [...] and vote by ballot for [...] one of whom, at least, [...] same State as themselves; they [...] ballots the person voted for as [...] tinct ballots the person voted [...] and they shall make distinct lists [...] for as President, and of all pers[...] President, and of the number of [...] lists they shall sign and certify, a[...]



BOOK 6744 PAGE 972

jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation: to be confronted with the witnesses against him, to have compulsory process for obtaining witnesses in his favor; and to have the assistance of counsel for his defence.

### ARTICLE VII.

Trial by jury preserved.

In suits at common law, where the value in controversy, shall exceed twenty dollars, the right of trial by jury shall be preserved; and no fact tried by a jury shall be otherwise re-examined in any court of the United States, than according to the rules of the common law.

### ARTICLE VIII.

Bail and fines.

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

### ARTICLE IX.

Construction of powers delegated.

The enumeration in the constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

### ARTICLE X.

Powers.

The powers not delegated to the United States by the constitution, nor prohibited by it to these States, are reserved to the States respectively, or to the people.

### ARTICLE XI.

Restraint of judicial power.

The judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by citizens of another State, or by citizens or subjects of any foreign State.

### ARTICLE XII.

Mode of electing President and Vice President.

1. The electors shall meet in their respective States and vote by ballot for President and Vice President, one of whom, at least, shall not be an inhabitant of the same State as themselves; they shall name in their ballots the person voted for as President, and in distinct ballots the person voted for as Vice President; and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice President, and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to



BOOK 6744 PAGE 973

the seat of government of the United States, directed to the President of the Senate; the President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates, and the votes shall then be counted; the person having the greatest number of votes for President, shall be the President, if such number be a majority of the whole number of electors appointed; and if no person have such majority, then from the persons having the highest numbers, not exceeding three, on the list of those voted for as President, the House of Representatives shall choose immediately, by ballot, the President. But in choosing the President, the votes shall be taken by States, the representation from each State having one vote; a quorum for this purpose shall consist of a member or members from two-thirds of the States, and a majority of all the States shall be necessary to a choice. And if the House of Representatives shall not choose a President whenever the right of choice shall devolve upon them, before the fourth day of March following, then the Vice President shall act as President, as in the case of the death or other constitutional disability of the President.

Of the Vice President.

2. The person having the greatest number of votes as Vice President, shall be Vice President, if such number be a majority of the whole number of electors appointed; and if no person have a majority, then from the two highest numbers in the list, the Senate shall choose the Vice President: a quorum for the purpose shall consist of two-thirds of the whole number of Senators, and a majority of the whole number shall be necessary to a choice.

3. But no person constitutionally ineligible to the office of President, shall be eligible to that of Vice President of the United States.

## ARTICLE XIII.

In what cases persons forfeit their citizenship.

If any citizen of the United States shall accept, claim, receive or retain any title of nobility or honor, or shall, without the consent of Congress, accept and retain any present, pension, office or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them.

[NOTE.—The 11th article of the amendments to the Constitution was proposed at the second session of the third Congress; the 12th article, at the first session of the eighth Congress; and the 13th article, at the second session of the eleventh Congress.]

BOOK 6744 PAGE 974

lawful for the clerk
until the following
two o'clock in the
lawful for said clerk
f the ensuing week,
es, and recognized
me; and in case of
, actions, motions,
continued over until
all jurors, witnesses
nder the same obli-
on such adjourned
day first appointed.
and be in force from

Liquors to Soldiers.
use of Representatives

hall sell, exchange,
ious liquors or wine
tates serving within
uch supplies as may
United States army
partment, such per-
e district court of
urt of this Territory
risoned for a period
all forfeit and pay
schools, a sum not
tion of such person
risoned for a period
and pay for the use
um not exceeding

een mustered into
off the uniform and
d designated from
eceive, shall obtain
any other person, it
iff, or any police of-
on complaint being
ed such person, and
nding officer of the
pply for his release,
om complaint has

been made for the violation of the first section of this act, can establish by good and competent witnesses that spirituous liquors or wine were obtained from him deceitfully, [illegible] who did not wear, at the time of obtaining such [illegible] liquors or wine, the uniform or other badge [illegible] distinguish him from a civilian, and [illegible] know such person to be a soldier, [illegible] complained against shall not be liable [illegible] enumerated in this act.

Person selling not liable if obtained deceitfully.

[illegible] shall take effect and be in force from [illegible]

Approved, September 28th, 1861.

## AN ACT

### Adopting the Common Law of England.

*Be it enacted by the Council and House of Representatives of Colorado Territory:*

SECTION 1. That the Common Law of England, so far as the same is applicable and of a general nature, and all acts and statutes of the British Parliament, made in aid of or to supply the defects of the Common Law, prior to the fourth year of James the First, (excepting the second section of the sixth chapter of forty-third Elizabeth, the eighth chapter of thirteenth Elizabeth, and ninth chapter of thirty-seventh Henry Eighth,) and which are of a general nature, and not local to that Kingdom, shall be the rule of decision, and shall be considered as of full force until repealed by legislative authority.

English common law adopted.

Exceptions.

SEC. 2. This act shall be in force from and after its passage.

Approved, October 11th, 1861

## AN ACT

### To organize the Militia.

*Be it enacted by the Council and House of Representatives of Colorado Territory:*

SECTION 1. Every able bodied male citizen of Colorado between the ages of eighteen and forty-five years, except those who are by this act exempt therefrom, shall be subject and liable to perform military duty as a soldier, to uphold the constitution and laws of the United States and the Organic Act and laws of this Territory, according to the terms and provisions of this act. And every citizen above forty-five years of age

Who liable for service.

Robert C. Balink El Paso Cty,CO 203290555
12/18/2003 02:32
Doc $0.00 Page
Rec $20.00 1 of 4

STATE OF MINNESOTA IN JUSTICE COURT

COUNTY OF SCOTT TOWNSHIP OF CREDIT RIVER
MARTIN V. MAHONEY, JUSTICE

First National Bank of Montgomery,
Plaintiff,

vs. JUDGMENT AND DECREE

Jerome Daly,
Defendant.

The above entitled action came on before the Court and a Jury of 12 on December 7,1968 at 10:00 A.M. Plaintiff appeared by its President Lawrence V. Morgan and was represented by its Counsel Theodore R. Mellby. Defendant appeared on his own behalf.

A Jury of Talesmen were called, impanneled and sworn to try the issues in this Case. Lawrence V. Morgan was the only witness called for Plaintiff and Defendant testified as the only witness in his own behalf.

Plaintiff brought this as a Common Law action for the recovery of the possession of Lot 19, Fairview Beach, Scott County,Minn. Plaintiff claimed title to the Real Property in question by foreclosure of a Note and Mortgage Deed dated May 8,1964 which Plaintiff claimed was in default at the time foreclosure proceedings were started.

Defendant appeared and answered that the Plaintiff created the money and credit upon its own books by bookeeping entry as the consideration for the Note and Mortgage of May 8,1964 and alleged failure of consideration for the Mortgage Deed and alleged that the Sheriff's sale passed no title to Plaintiff.

The issues tried to the Jury were whether there was a lawful consideration and whether Defendant had waived his rights to complain about the consideration having paid on the Note for almost 3 years.

Mr. Morgan admitted that all of the money or credit which was used as a consideration was created upon their books, that this was standard banking practice exercised by their bank in combination with the Federal Reserve Bank of Minneapolis, another private Bank, further that he knew of no United States Statute or Law that gave the Plaintiff the authority to do this. Plaintiff further claimed that Defendant by using the ledger book created credit and by paying

Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and Correct
Copy of record in my Office.
203290555 Book Page
Date 12-19-08
Robert C. Balink
County Clerk & Recorder
El Paso County, Colorado
By Deputy

STATE OF MINNESOTA, COUNTY OF SCOTT
Certified to be a true and correct copy of the original on file and of record in my office.
GREGORY M. ESS
Court Administrator
12-5-2003 By Audrey K. Brown
Deputy



on the Note and Mortgage waived any right to complain about the Consideration and that Defendant was estopped from doing so.

At 12:15 on December 7,1968 the Jury returned a unaminous verdict for the Defendant.

Now therefore, by virtue of the authority vested in me pursuant to the Declaration of Independence, the Northwest Ordinance of 1787, the Constitution of the United States and the Constitution and laws of the State of Minnesota not inconsistent therewith;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That Plaintiff is not entitled to recover the possession of Lot 19, Fairview Beach, Scott County, Minnesota according to the Plat thereof on file in the Register of Deeds office.

2. That because of failure of a lawful consideration the Note and Mortgage dated May 8,1964 are null and void.

3. That the Sheriff's sale of the above described premises held on June 26,1967 is null and void, of no effect.

4. That Plaintiff has no right, title or interest in said premises or lien thereon, as is above described.

5. That any provision in the Minnesota Constitution and any Minnesota Statute limiting the Jurisdiction of this Court is repugnant to the Constitution of the United States and to the Bill of Rights of the Minnesota Constitution and is null and void and that this Court has Jurisdiction to render complete Justice in this Cause.

6. That Defendant is awarded costs in the sum of $75.00 and execution is hereby issued therefore.

7. A 10 day stay is granted.

8. The following memorandum and any supplemental memorandum made and filed by this Court in support of this Judgment is hereby made a part hereof by reference.

BY THE COURT

Dated December 9,1968

MARTIN V. MAHONEY
JUSTICE OF THE PEACE
CREDIT RIVER TOWNSHIP
SCOTT COUNTY, MINNESOTA

MEMORANDUM

The issues in this case were simple. There was no material dispute on the facts for the Jury to resolve.

Plaintiff admitted that it, in combination with the Federal Reserve Bank of Minneapolis, which are for all practical purposes, because of there interlocking activity and practices, and both being Banking Instutions Incorporated under the Laws of the United States, are in the Law to be treated as one and the same Bank, did create the entire $14,000.00 in money or credit upon its own books by bookeeping entry. That this was the Consideration used to support the Note dated May 8,1964 andthe Mortgage of the same date. The money and credit first came into existance when they created it. Mr. Morgan admitted that no United States Law or Statute existed which gave him the right to do this. A lawful consideration must exist and be tendered to support the Note. See Anheuser-Busch Brewing Co. v. Emma Mason, 44 Minn. 318, 46 N.W. 558. The Jury found there was no lawful consideration and I agree. Only God can created something of value out of nothing.

Even if Defendant could be charged with waiver or estoppel as a matter of Law this is no defense to the Plaintiff. The Law leaves wrongdoers where it finds them. See sections 50, 51 and 52 of Am Jur 2d "Actions" on page 584 -"no action will lie to recover on a claim based upon, or in any manner depending upon, a fraudulent, illegal, or immoral transaction or contract to which Plaintiff was a party.

Plaintiff's act of creating credit is not authorized by the Constitution and Laws of the United States, is unconstitutional and void, and is not a lawful consideration in the eyes of the Law to support any thing or upon which any lawful rights can be built.

Nothing in the Constitution of the United States limits the Jurisdiction of this Court, which is one of original Jurisdiction with right of trial by Jury guaranteed. This is a Common Law Action. Minnesota cannot limit or impair the power of this Court to render Complete Justice between the parties. Any provisions in the Constitution and laws of Minnesota which attempt to do so are repugnant to the

Constitution of the United States and ~~are~~ void. No question as to the Jurisdiction of this Court was raised by either party at the trial. Both parties were given complete liberty to submit any and all facts and law to the Jury, at least in so far as they saw fit.

No complaint was made by Plaintiff that Plaintiff did not recieve a fair trial. From the admissions made by Mr. Morgan the path of duty was made direct and clear for the Jury. Their Verdict could not reasonably have been otherwise. Justice was rendered completely and without denial, promptly and without delay, freely and without purchase, conformable to the laws in this Court on December 7,1968.

BY THE COURT

MARTIN V. MAHONEY
JUSTICE OF THE PEACE
CREDIT RIVER TOWNSHIP
SCOTT COUNTY, MINNESOTA

December 9,1968

Note: It has never been doubted that a Note given on a Consideration which is prohibited by law is void. It has been determined, independent of Acts of Congress, that sailing under the license of an enemy is illegal. The emmission of Bills of Credit upon the books of these private Corporations, for the purposes of private gain is not warranted by the Constitution of the United States and is unlawful. See Craig v. Mo. 4 Peters Reports 912. This Court can tread only that path which is marked out by duty. M.V.M.



NAME Hollie Health Partners

ACCOUNT NO. 40959

76-1334/1041

DATE February 24, 2009

PAY TO THE ORDER OF Cash $ 350.00

Three Hundred Fifty dollars DOLLARS

FIRST STATE BANK of Colorado Springs "YOUR FRIEND TO LEAN ON" (719) 475-1776 1776 South Nevada Avenue Colorado Springs, Colorado 80906

MEMO

Redeemed Lawful Money 12 USC §411

⑆104113343⑆

Received in following B/c

$100 - FG 29379246 A

$100 - AE 27431095 A

$100 - AK 89523592 A

$50 - GG 85204406 A

Anna M. Ahern

Comm. exp 6-8-09